# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
MULLIGAN, FEBBO, and WOLFE
Appellate Military Judges

**UNITED STATES, Appellee**
v.
**Sergeant DAIMON C. WEAR**
**United States Army, Appellant**

ARMY 20160508

Headquarters, Fort Campbell
Matthew A. Calarco, Military Judge
Lieutenant Colonel Robert C. Insani, Staff Judge Advocate

For Appellant:  Lieutenant Colonel Tiffany M. Chapman, JA; Lieutenant Colonel Christopher D. Carrier, JA; Captain Bryan A. Osterhage, JA (on brief); Major Todd W. Simpson, JA; Captain Bryan A. Osterhage, JA (on reply brief and Motion for Reconsideration).

For Appellee:  Colonel Tania M. Martin, JA; Major Michael E. Korte, JA; Captain Jonathan S. Reiner, JA (on brief).

21 August 2018

-------------------------------------------------------------------
SUMMARY DISPOSITION ON RECONSIDERATION
-------------------------------------------------------------------

Per Curiam:

We issued a summary disposition in this case on 27 April 2018.  In that opinion, we affirmed the findings of guilty and sentence.  On 25 May 2018, appellant submitted a motion for reconsideration, which we granted on 14 June 2018. After further review of appellant's assigned errors, we reaffirm our decision issued on 27 April 2018.

Appellant personally raised four matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982).  After due consideration, we find that appellant's *Grostefon* matters do not warrant discussion or relief.

**CONCLUSION**

The findings of guilty and sentence are AFFIRMED.

FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court